**ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

COMPTROLLER #
2008P1009629
2008P1008088

SISTER LASHON HARPER

Plaintiff

-vs-

NEWYORK CITY BOARD OF EDUCATION (CYNTHIA DICKMAN), QUEENS FAMILY COURT (JUDGE MARYBETH SARAH RICHROATH, 18B LAWYERS TERESITA MORALES, ROBIN STONE EINBINDER) GUARDIAN AT LITEMS LEE ELMORE, RICHARD PICCOLA, LAW GUARDIANS KATHERINE SIMONE REDDIN, DANIEL LUBETSKY, STEVEN FORBES, ACS LAWYER CHRISTINE WHALENS REINLE, ACS JOHN MATTINGLY, ROLONDO CONAN, SLOAN GATES, JENNIFER COOPER, CHILD PROTECTION SERIVES; BKLYN DSS; CHILDREN AND FAMILY SERIVCES YVETTE FRITH  Defendant(s) RAYMOND, NELSON ALGARIN, SCO FAMILY SERVICES INC./SAINT CHRISTOPHER OTTILIE INC. FRANK POMPEI, TERESA TUCKER, ZORINA CANATE, MARVA FORD, FRANCIS PHILOBOSI, CAROLINE FONSECA; NEW YORK CITY POLICE DEPT, 114TH PCT, DET. COLLINS, DET. MOORE PSA9, RAYMOND KELLY, 103rd PCT, OFFICER LEWIS, MCDONALDS TAMMY MICHA, BETH DIBBLE; NEW YORK STATE TROOPERS; BROOME COUNTY BUS TRANSIT; NEWYORK CITY HOUSING AUTHORITY PATRICIA BARNETT, MS CHEN, MS. GRIMES

REQUEST TO PROCEED
IN FORMA PAUPERIS

I, SISTER LASHON HARPER, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   _____

   **RECEIVED APR 18 2011 PRO SE OFFICE**

2. If you are **NOT PRESENTLY EMPLOYED:**
   a) state the date of start and termination of your last employment
   b) state your earnings per month.

   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

   _____

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   SSI / Social Security 736.00

   a) Are you receiving any public benefits?        ☐ No  ☐ Yes, $ _____
   b) Do you receive any income from any other source?   ☐ No  ☐ Yes, $ _____

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   0

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No  ☐ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

   LAND LORD EVANGELIST REGINA WELLINGTON 350.00 PER MONTH; PERSONAL AND FOOD EXPENSES $396.00

7. Do you pay for (rent) or for a mortgage? If so, how much each month?

   350.00 PER MONTH

8. State any special financial circumstances which the Court should consider.

   _____

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 4/11/11                          _____ (signature)

rev. 7/2002

DONNA M JONES
Notary Public - State of New York
NO. 01JO6117556
Qualified in Broome County
My Commission Expires 11-01-12